IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:19-cv-00413 |
| | ) Judge Trauger |
| JOHN PELLEGRIN, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

On October 10, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 15), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by the defendant (Docket No. 9) is GRANTED IN PART and DENIED IN PART. Specifically, the plaintiff's breach of contract claim is DISMISSED with prejudice, but his criminal legal malpractice claim is STAYED until resolution of plaintiff's pending criminal appeal.

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 5th day of November 2019.

_____
ALETA A. TRAUGER
U.S. District Judge